# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130322

IN RE DENNIS GERALD LAY, a Minor,
      Respondent-Appellant,

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130322
COA: 264895
Livingston CC
Family Division: 01-200290-DL

_____/

      On order of the Court, the application for leave to appeal the December 19, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

s0424